758 A.2d 1177

COMMONWEALTH of Pennsylvania, Appellant,

v.

Lebron Terrance THOMAS, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 12, 2000.

Decided Oct. 2, 2000.

Michael W. Streily, Pittsburgh, for Com. of Pennsylvania.

Marjorie A. Minkler, Pittsburgh, M. Susan Ruffner, Pittsburgh, for L. Thomas.

Peter Rosalsky, Philadelphia, for amicus curiae Defender Ass'n of Philadelphia.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.

Justice CASTILLE dissents and would reach the merits of the case.